# EXHIBIT A

**Dr. Shirley N. Weber**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, February 24, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1579467    AMGEN INC.

| | |
|---|---|
| **Registration Date:** | 02/18/1987 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | ONE AMGEN CENTER DRIVE<br>THOUSAND OAKS CA 91320 |
| **Entity Mailing Address:** | P.O. BOX 23926<br>TAMPA FL 33623 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type ↕ | File Date ↓ | PDF |
|---|---|---|
| SI-COMPLETE | 01/19/2021 | |
| PUBLICLY TRADED DISCLOSURE | 05/29/2020 | |
| SI-COMPLETE | 01/30/2020 | |
| PUBLICLY TRADED DISCLOSURE | 05/28/2019 | |
| PUBLICLY TRADED DISCLOSURE | 05/24/2018 | |
| PUBLICLY TRADED DISCLOSURE | 05/24/2017 | |
| PUBLICLY TRADED DISCLOSURE | 05/23/2016 | |
| PUBLICLY TRADED DISCLOSURE | 05/27/2015 | |
| PUBLICLY TRADED DISCLOSURE | 05/27/2014 | |
| PUBLICLY TRADED DISCLOSURE | 05/31/2013 | |
| PUBLICLY TRADED DISCLOSURE | 05/29/2012 | |
| PUBLICLY TRADED DISCLOSURE | 05/11/2011 | |
| PUBLICLY TRADED DISCLOSURE | 05/25/2010 | |

| Document Type | File Date | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 05/29/2009 | |
| PUBLICLY TRADED DISCLOSURE | 07/22/2008 | |
| PUBLICLY TRADED DISCLOSURE | 05/25/2007 | |
| PUBLICLY TRADED DISCLOSURE | 05/18/2006 | |
| PUBLICLY TRADED DISCLOSURE | 07/18/2005 | |
| PUBLICLY TRADED DISCLOSURE | 09/20/2004 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 02/27/2004 | Image unavailable. Please request paper copy. |
| PUBLICLY TRADED DISCLOSURE | 02/28/2003 | Image unavailable. Please request paper copy. |
| REGISTRATION | 02/18/1987 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search     New Search     Back to Search Results