# EXHIBIT C

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | AMGEN INC. |
| Entity (File) Number: | C1579467 |
| File Date: | 01/19/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GN78262 |

**Detailed Filing Information**

1. Entity Name: AMGEN INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
      P.O. BOX 23926
      TAMPA, Florida 33623
      United States of America

   c. Street Address of Principal Executive Office:
      ONE AMGEN CENTER DRIVE
      THOUSAND OAKS, California 91320
      United States of America

3. Officers:
   a. Chief Executive Officer:
      ROBERT A BRADWAY
      ONE AMGEN CENTER DRIVE
      THOUSAND OAKS, California 91320
      United States of America

   b. Secretary:
      JONATHAN P GRAHAM
      ONE AMGEN CENTER DRIVE
      THOUSAND OAKS, California 91320
      United States of America

Document ID: GN78262

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

PETER GRIFFITH
ONE AMGEN CENTER DRIVE
THOUSAND OAKS, California 91320
United States of America

4. Director:

Not Applicable

Number of Vacancies on the Board of Directors:

Not Applicable

5. Agent for Service of Process:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)

6. Type of Business:

HUMAN THERAPEUTICS

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   JONATHAN P. GRAHAM

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GN78262