# EXHIBIT D

# Contact Us

## AMGEN CONTACT INFORMATION



### Corporate Headquarters

One Amgen Center Drive

Thousand Oaks, CA

91320-1799

+1 805-447-1000



### Media Relations

View key contacts for members of the media.



## Investor Relations

For investors and analysts.

+1 805-447-1060

investor.relations@amgen.com



## Business Development

To submit business development opportunities.

www.amgenbd.com/contact



## Careers

For information about Amgen Careers, visit careers.amgen.com or follow us at @AmgenCareers.

For careers-related inquiries, email amgen@careers.pure.cloud.



## Amgen Foundation

For information about the Amgen Foundation, visit www.amgeninspires.com or follow us at @AmgenFoundation.

# Patient Assistance

For reimbursement options and information on help paying for Amgen medications in the U.S., healthcare professionals and patients can also visit the Reimbursement Support Services and Financial Assistance Programs page.

## Reimbursement Support Services and Financial Assistance

### Bone Health

+1 866-AMG-ASST
(+1 866-264-2778)

### Cardiology

+1 844-737-2842 (Repatha®)

+1 844-626-7526 (Corlanor®)

### Inflammation

+1 888-436-2735

### Nephrology

+1 800-272-9376

### Neurology

+1 833-246-6844

### Oncology

+1 888-427-7478

## Uninsured Patient Assistance

### Amgen Safety Net Foundation

+1 888-762-6436



### Product Inquiries

For product questions, to report an adverse event or safety-related issue, or to report a quality issue with a product or

device.

U.S. healthcare professionals can also visit amgenmedinfo.com. Local contact information by country can be found here.

+1 800-772-6436 (800-77-AMGEN)

+1 805-447-3505



# Privacy Office

# Business Conduct Hotline

To report a legal, ethical or compliance concern regarding Amgen's business activities.

**amgenbch.tnwreports.com**

+1 888-376-5574

Direct-Dial Worldwide (country-specific dialing instructions and limitations can be found here: Outside the US)

To learn more about the Business Conduct Hotline: Report a Concern



# Partners and Suppliers

View our procurement and accounts payable policies and practices.

**Accounts Payable**

For suppliers with questions regarding invoice payment status.

+1 805-447-7744

**accountspayableinquiry@amgen.com**

If you would like to provide feedback on this website, please contact the webmaster.

- **CONTACT US**

  - Locations
  - Product Inquiries
  - Website Feedback



© 1996-2021 Amgen Inc. All Rights Reserved.