# EXHIBIT E

A0837310



| **Secretary of State** | **1505** |
|---|---|
| **Registered Corporate Agent for Service of Process Certificate** (Registered Corporations ONLY) | |

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

**JAN - 7** 2020

/cc

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee – $30.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become authorized to be a corporate agent for service of process for other business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to *BusinessSearch.sos.ca.gov*.

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

Corporation Service Company Which Will Do Business in California as CSC - Lawyers Incorporating Service

**2. 7-Digit Secretary of State File Number**

C1592199

**3. Address for Service of Process** (Enter the complete street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.)
Do not enter a P.O. Box or "in care of" an individual or entity.

| Street Address - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2710 Gateway Oaks Drive, Suite 150N | Sacramento | **CA** | 95833 |

**4. Authorized Employees** (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in Item 3 above, on any entity who has designated your corporation as its agent for service of process. **Must enter at least 1 person. If there are more than 3, see Instructions.**)

| a. First Name of Authorized Employee see attached list | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| c. First Name of Authorized Employee | Middle Name | Last Name | Suffix |

**5. Statement of Consent** (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

**6. Read and Sign Below** (See Instructions. Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

Signature

John Fortunato
Type or Print Name

2017 California Secretary of State
*www.sos.ca.gov/business/be*

Kaitlyn Mannix

Becky DeGeorge

Koy Saechao

Lai Saevang

Nicole Stauss

Kevin Bautista

Trudy Desbiens

Susie Vang

Catherine Webb

Roxie Taylor

Melissa Vang

Dona Niemeyer

Nicole Chambers

Melissa DeKoven

Carolyn Valle

Kaci Ransom

Kelli Shortte

Annette Kuhlman

Arrielle Garcia

Austin Vue

Brejet Stephens

Crystal Chapman

David Martin

Fanny Xiong

Janette McIntyre

Jerome Suarez

Laurie Tolman

Mindy Fay

Samantha Alterman

Samantha Wiltz

Sherie Hinton

Parid Kurbini

Vivien Mitchell