# EXHIBIT G

## ASSIGNMENT

For valuable consideration, the receipt of which I hereby acknowledge, and intending to be bound legally, I, **JERRY ALAN CRANDALL**, do hereby assign to **CRANDALL TECHNOLOGIES LLC**, a company formed in the State of Nevada and having a principal place of business at 1590 HEAVENLY VIEW TRAIL, RENO, NEVADA, 89523, UNITED STATES OF AMERICA, and its successors and assignees (collectively the "Assignee"), all right, title, and interest throughout the world in the subject matter (the "Subject Matter") of a patent application that names me as an inventor, is titled **"SELF-DEFENSE SYSTEM"**, and was filed in the United States Patent and Trademark Office on **July 12, 2011**, as **U.S. Patent Application No. 13/181,467**, (the "Application").

This Assignment assigns (a) the Application and all other applications that may be made for, and all patents (including **U.S. Patent No. 8,854,789 B2,** which was issued by the United States Patent and Trademark Office on **October 7, 2014**), utility models, design registrations, and other rights of exclusion and inventor's certificates for, any of the Subject Matter (collectively the "Applications and Granted Rights") in every country or region, (b) the right to claim priority based on and the benefit of the filing date of any of the Applications and Granted Rights under the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other applicable treaties or conventions, and (c) the right to pursue, collect, and retain in the Assignee's name or otherwise, damages and any other remedies arising from any past, present or future infringement of the Subject Matter, the Applications and Granted Rights (including, but not limited to, any past, present or future infringement of the aforementioned **U.S. Patent No. 8,854,789 B2)**, and any other rights assigned by this Assignment.

I authorize the Assignee to apply for and pursue protection for any or all of the Subject Matter, the Applications and Granted Rights, and any other rights assigned by this Assignment in all countries, regions, and territories of the world, in my name or in the Assignee's name.

I represent and warrant that I have the right and power to make this Assignment and that I have not made and will not make any other assignment that conflicts with this Assignment.

I will communicate to the Assignee (or at the request of the Assignee to other parties) any and all known facts in any form relating to the Subject Matter.

I will execute and provide all oaths and declarations, statements, testimony, assignments, powers of attorney, applications, and documents, and will perform all other lawful acts necessary or desirable to secure fully to the Assignee the right, title, and interest assigned by this Assignment.

Signature: _[signed]_
Name: Jerry Alan Crandall
Date: 10/25/2016