# EXHIBIT I

**504087516    11/08/2016**

| PATENT ASSIGNMENT COVER SHEET |
|---|

Electronic Version v1.1                                                                          EPAS ID: PAT4134184
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| JERRY ALAN CRANDALL | 10/25/2016 |

**RECEIVING PARTY DATA**

| Name: | CRANDALL TECHNOLOGIES LLC |
|---|---|
| Street Address: | 1590 HEAVENLY VIEW TRAIL |
| City: | RENO |
| State/Country: | NEVADA |
| Postal Code: | 89523 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 15346710 |

**CORRESPONDENCE DATA**

**Fax Number:**
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Email:** jac@crandalltech.com
**Correspondent Name:** CRANDALL TECHNOLOGIES LLC (ATTN: JERRY CRANDALL)
**Address Line 1:** 1590 HEAVENLY VIEW TRAIL
**Address Line 4:** RENO, NEVADA 89523

| NAME OF SUBMITTER: | JERRY A. CRANDALL |
|---|---|
| SIGNATURE: | /Jerry A. Crandall/ |
| DATE SIGNED: | 11/08/2016 |

**Total Attachments: 1**
source=Executed Assignment#page1.tif