# EXHIBIT J

# UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

NOVEMBER 10, 2016

                          PTAS

CRANDALL TECHNOLOGIES LLC (ATTN: JERRY           **504087516**
CRANDALL)
1590 HEAVENLY VIEW TRAIL
RENO, NV 89523


              UNITED STATES PATENT AND TRADEMARK OFFICE
              NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 11/08/2016          REEL/FRAME: 040259/0399
                                      NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
  CRANDALL, JERRY ALAN                DOC DATE: 10/25/2016

ASSIGNEE:
  CRANDALL TECHNOLOGIES LLC
  1590 HEAVENLY VIEW TRAIL
  RENO, NEVADA 89523

APPLICATION NUMBER: 15346710          FILING DATE:
PATENT NUMBER:                        ISSUE DATE:
TITLE: SELF-DEFENSE SYSTEM


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION