# EXHIBIT M

```
                The Office BOSS
              Ridgeview Mail Center
            5150 Mae Anne Ave Ste 405
                  RENO, NV 89523
                   775-387-2677
              DMKandGagnon@outlook.com


     Shipment--------------------
      FedEx 2Day Envelope
       Ship To:
           AMGEN INC
           1 AMGEN CENTER DR
           THOUSAND OAKS, CA 91320-1799
       Package ID: 64883              23.00
       Tracking #:  783521790748
       Expected arrival: Wed 02/10 04:30 PM
       Actual Wt: 0 lbs 6.0 ozs
       Rating Wt: 0.38 lbs

         SUBTOTAL                   23.00
         TAX                         0.00
         TOTAL                      23.00
     TEND Visa                      23.00

     Total shipments: 1
     JERRY CRANDALL
                                02/08/2021
     #32019                        12:34 PM
     Workstation: 0 - Master Workstation
     CCTran# 4555200a-aa91-48f9-920b-5f93459e7b7e



             LOSS OR DAMAGE DISCLAIMER:
     Unless declared, maximum value per parcel does n
     ot exceed $100 for FedEx and UPS and $50 for USP
                       S Priority.
     All Carriers: Claims must be submitted to TheOff
     iceBOSS, as we are considered the shipper, withi
     n 10 days of the date of this receipt or upon de
     livery of parcel. Only actual loss or damage is
     paid, and must be supported by an invoice or sal
                       es receipt.

     The Office BOSS assumes no responsibility for im
     proper packing of shipments. Determination of im
     proper packing shall be made by the carrier, who
                  se decision will be final.

     Due to the Covid-19 pandemic, all carriers have
     removed their "money back guarantee" for time co
                         mmitments.

     Return Policy: Returns are accepted when the ite
     m is in resellable condition and is accompanied
      with this receipt within 15 days of purchase.

     *INK CARTRIDGES & DATED MATERIAL ARE NON-RETURNA
                            BLE*
```

```
        SUBTOTAL              23.00
        TAX                    0.00
        TOTAL                 23.00
TEND Visa                     23.00

Total shipments: 1
JERRY CRANDALL
                           02/08/2021
#32019                      12:34 PM
Workstation: 0 - Master Workstation
CCTran# 4555200a-aa91-48f9-920b-5f93459e7b7e
```

            LOSS OR DAMAGE DISCLAIMER:
Unless declared, maximum value per parcel does not exceed $100 for FedEx and UPS and $50 for USPS Priority.
All Carriers: Claims must be submitted to TheOfficeBOSS, as we are considered the shipper, within 10 days of the date of this receipt or upon delivery of parcel. Only actual loss or damage is paid, and must be supported by an invoice or sales receipt.

The Office BOSS assumes no responsibility for improper packing of shipments. Determination of improper packing shall be made by the carrier, whose decision will be final.

Due to the Covid-19 pandemic, all carriers have removed their "money back guarantee" for time commitments.

Return Policy: Returns are accepted when the item is in resellable condition and is accompanied with this receipt within 15 days of purchase.

*INK CARTRIDGES & DATED MATERIAL ARE NON-RETURNABLE*

        **********************************
              Thank you for your business!
                  OWNER:DARREN HARRIS
        **********************************
              www.officebossmail-reno.com