# EXHIBIT N



