# EXHIBIT O



**TRACK ANOTHER SHIPMENT**

783521790748  
ADD NICKNAME

# Delivered
## Tuesday, February 9, 2021 at 09:21



**DELIVERED**
Signed for by: A.ARTHUR
**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| RENO, NV US | THOUSAND OAKS, CA US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 783521790748 | FedEx 2Day | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Shipping/Receiving | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | INVOICE NUMBER | SHIPPER REFERENCE |
|---|---|---|
| Shipper | PKG ID: 64883 | JERRY CRANDALL |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 2/8/21 |

| STANDARD TRANSIT | ACTUAL DELIVERY | |
|---|---|---|
| 2/10/21 by 16:30 | 2/9/21 at 09:21 | |

## Travel History

**TIME ZONE**
Local Scan Time

**Tuesday, February 9, 2021**

| 9:21 AM | THOUSAND OAKS, CA | Delivered |
| 8:47 AM | CANOGA PARK, CA | On FedEx vehicle for delivery |
| 8:13 AM | CANOGA PARK, CA | At local FedEx facility |

| | | |
|---|---|---|
| 2:46 AM | LOS ANGELES, CA | At destination sort facility |
| 1:38 AM | OAKLAND, CA | Departed FedEx location |

Monday, February 8, 2021

| | | |
|---|---|---|
| 9:03 PM | OAKLAND, CA | Arrived at FedEx location |
| 7:17 PM | RENO, NV | Left FedEx origin facility |
| 3:58 PM | RENO, NV | Picked up |
| 2:32 PM | | Shipment information sent to FedEx |

Collapse History ⌃