# EXHIBIT P

February 12, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 783521790748

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | A.ARTHUR | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | THOUSAND OAKS, CA, |
| | | Delivery date: | Feb 9, 2021 09:21 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 783521790748 | Ship Date: | Feb 8, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
THOUSAND OAKS, CA, US,

Shipper:  
RENO, NV, US,

| | |
|---|---|
| Reference | JERRY CRANDALL |
| Invoice | PKG ID: 64883 |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx