# EXHIBIT Q

## Letter of Introduction

Jerry Crandall <jac@crandalltech.com>
Fri 2/12/2021 5:59 PM
**To:** tmops@amgen.com <tmops@amgen.com>

📎 2 attachments (2 MB)
Ltr of 2021-02-08.pdf; US10254077.pdf;

Dear Sir/Madam:

For your convenience, I am resending a letter dated February 8, 2021. Kindly see the enclosed documents.

Best regards,

Jerry A. Crandall
President
CRANDALL TECHNOLOGIES LLC
E-mail: jac@crandalltech.com
Web: www.crandalltech.com

CONFIDENTIALITY NOTICE
This electronic message and its accompanying attachments, if any, contain confidential information. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this message in error, please notify us immediately.