# EXHIBIT R





If you have heart disease and you struggle with high LDL bad cholesterol,

## Repatha® can help.



## What Is Repatha®?

Repatha® is a breakthrough medicine that reduces your risk of having a heart attack or stroke significantly. LDL bad cholesterol was dramatically reduced at 12 weeks. Most people experienced their greatest drop in LDL with Repatha® in as little as 4 weeks; this drop was maintained with treatment.

**Important Safety Information**

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.
**Before you start using Repatha®** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.





## HOW DOES REPATHA® WORK?

Repatha® helps the liver clear LDL bad cholesterol by limiting the actions of a protein called PCSK9—and less PCSK9 means less LDL in your blood.

**Learn More**

Repatha® works differently than a statin. Repatha® with a statin is proven to dramatically lower your LDL.

### Important Safety Information

**Do not use Repatha® if you are** allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



## Important Safety Information

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®**, tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

Tell your healthcare provider or pharmacist about any prescription and over-the-counter medicines, vitamins, or herbal supplements you take.

**What are the possible side effects of Repatha®?**

Repatha® can cause serious side effects including, serious allergic reactions. Stop taking Repatha® and call your healthcare provider or seek emergency help right away if you have any of these symptoms: trouble breathing or swallowing, raised bumps (hives), rash or itching, swelling of the face, lips, tongue, throat or arms.

The most common side effects of Repatha® include: runny nose, sore throat, symptoms of the common cold, flu or flu-like symptoms, back pain, high blood sugar levels (diabetes), and redness, pain, or bruising at the injection site.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of Repatha®. Ask your healthcare provider or pharmacist for more information. Call your healthcare provider for medical advice about side effects.

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.



your healthcare provider for medical advice about side effects.

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

Please see full Prescribing Information.

**Repatha**
(evolocumab) injection 140mg/mL

SITEMAP     ABOUT AMGEN     CONTACT US     PRIVACY STATEMENT     TERMS OF USE

This site is intended for U.S. residents only. © 2020 Amgen Inc., Thousand Oaks, CA 91320. All rights reserved. 02/20

**AMGEN®**

Cardiovascular

AD CHOICES