# EXHIBIT V



# AMGEN MAKES REPATHA AVAILABLE AT A LOWER LIST PRICE

## 60% US LIST PRICE REDUCTION



TO

## $5,850 NEW ANNUAL LIST PRICE

($450 PER RX)


Repatha® (evolocumab) injection 140 mg/mL

Questions? Contact our team at RepathaReady (1-844-REPATHA).


LOWER TOGETHER
LDL-C • RISK • HASSLE • COST