# EXHIBIT X











# INJECTION SUPPORT

## Storing and traveling with Repatha®

Store Repatha® in the refrigerator (36°F to 46°F) until you're ready to use it. Repatha® can also be stored at room temperature (68°F to 77°F) in its original box for up to 30 days. This makes it easier to take your medicine with you when you're on the go.

68°F - 77°F

36°F - 46°F

### Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



## Talk to a Repatha*Ready*® Nurse

Repatha*Ready*® nurses are here to help. Do you have a question about Repatha® or need injection support? Call us. Nurse support is available in other languages, including Spanish.

Repatha*Ready*® nurses are available 7 days a week by phone at 1-844-REPATHA (1-844-737-2842), 9 AM–11 PM ET.

**Call Us**

## Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.







# FREQUENTLY ASKED QUESTIONS

## General FAQs

### What should I do if I'm late for my dose or miss my dose?

If you forget to use Repatha® or if you are not able to take your regularly scheduled dose, inject your next dose as soon as you remember, as long as it is within 7 days of the late dose. If it is **more than 7 days from the missed dose, and you are using the autoinjector every-2-week dose,** inject the next dose based on your original schedule. This will put you back on your original schedule. **If it is more than 7 days from the late dose and you are using the once-monthly dose,** inject the dose and start a new schedule based on this date. If you are not sure when to take Repatha® after a late dose, ask your healthcare provider or pharmacist.[1]

How should I store Repatha® and can it be out of refrigeration?

**Important Safety Information**

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

## How should I store/travel with my Repatha® (can it be out of refrigeration)?

Store Repatha® in the refrigerator (36°F to 46°F) until you're ready to use it. Repatha® can also be stored at room temperature (68°F to 77°F). A single room temperature exposure event is allowable within the shelf life, and the room temperature exposure duration must not exceed 30 days. If not used within the 30 days, discard Repatha®. Storing Repatha® at room temperature can make it easier to take your medicine with you when you're on the go.[1]

○ In the event of a temporary room temperature exposure of up to 25°C (77°F), Repatha® may be returned to the recommended condition of 2°C to 8°C (36°F to 46°F) for the duration of its shelf life.[1]

When traveling: Be sure to keep to your regular treatment schedule. Check with your airline about the carry-on policy for needles. Bring a copy of your prescription or a doctor's note to show airport security. Make sure your Repatha® is clearly labeled and in its original box.

### Important Safety Information

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

How do I d



## How do I dispose of the injector?

Put the used autoinjector/orange needle cap OR the Pushtronex® in an FDA-cleared sharps disposal container right away after use. Do not throw away (dispose of) the autoinjector/orange needle cap OR the Pushtronex® in your household trash. If you do not have an FDA-cleared sharps disposal container, you may use a household container that is: made of a heavy-duty plastic; can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out; upright and stable during use; leak-resistant; and properly labeled to warn of hazardous waste inside the container.[2]

When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at www.fda.gov/safesharpsdisposal.[2]

I accidentally kept Repatha® out of the refrigerator for a few days/hours, is it okay? ∧

Yes, as long...

### Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

# I accidentally kept the medicine out of the refrigerator for a few days/hours, is it okay?

Yes, as long as it was kept at room temperature (68°F to 77°F) in its original box for up to 30 days.[1]

## What are the most common side effects?

The most common side effects of Repatha® include: runny nose, sore throat, symptoms of the common cold, flu or flu-like symptoms, back pain, high blood sugar levels (diabetes), and redness, pain, or bruising at the injection site. These are not all the possible side effects of Repatha®. Tell your healthcare provider if you have any side effect that bothers you or that does not go away. Ask your healthcare provider or pharmacist for more information.[3]

## Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.





have any side effect that bothers you or that does not go away. Ask your healthcare provider or pharmacist for more information.[3]

## SureClick® Autoinjector FAQs

## Pushtronex® System FAQs

**Can I use the same alcohol swab to clean the cartridge and my skin?**

No, use another clean alcohol swab.[4]

### Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



### How do I prepare the injection site?

To securely attach the on-body infusor, prepare and clean an injection site that is less likely to have body hair, or you can trim the area. Use a firm and flat skin surface. Clean your injection site with an alcohol wipe and let your skin dry. For best results, use the device while sitting to minimize movement.[4]

### Where do I inject? Do I have to use all three sites?

You can use your thigh; stomach (abdomen), except for a two-inch area around your belly button; outer area of upper arm (outer arm only if someone else is giving you the injection). Do not inject into areas where the skin is tender, bruised, red or hard. Avoid injecting into areas with wrinkles, skin folds, scars, stretch marks, moles and excessive hair. It is recommended that you choose a different site each time you give yourself an injection. If you want to use the same injection site, make sure it is not the same spot you used for the last injection.[4]

### Important Safety Information

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha.®

**Before you start using Repatha®** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

What size

moles and excessive hair. It is recommended that you choose a different site each time you give yourself an injection. If you want to use the same injection site, make sure it is not the same spot you used for the last injection.[4]

**What size is the needle?**

The Pushtronex® has a needle size of 29 gauge, ¼ inch in length.

**Can I take the Pushtronex® if I have a latex allergy?**

The single-use on-body infusor with prefilled cartridge is not made with natural rubber latex.[3]

How long will it take the Pushtronex® infusor to warm to room temperature?

**Important Safety Information**

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



## How long will it take for my Pushtronex® infusor to warm to room temperature?

For your injection, take your Pushtronex® and prefilled cartridge out of the refrigerator and let them sit at room temperature for at least 45 minutes before you insert the cartridge and inject. Do not let the Pushtronex® get wet from water or any other liquids. Do not try to warm the prefilled cartridge by using a heat source such as hot water or a microwave.[1]

## What if I push the start button before I place the on-body infusor on my skin?

If you have removed the adhesive backing and pressed the start button, the on-body infusor will make a beeping sound and you will see the blinking red light. The on-body infusor will stop. Stop using the Pushtronex®, call **1-844-REPATHA (1-844-737-2842).**[4]

Why do I h

### Important Safety Information

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®**, tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



## Why do I have to use the Pushtronex® within 5 minutes after I insert the cartridge?

Waiting longer than 5 minutes can dry out the medicine and/or clog the needle.[4]

## How do I know when the infusion is finished?

Your injection could take about 9 minutes to finish. The injection is finished when the status light changes to solid green, you will hear several beeps, and the plunger fills the medicine window all the way. It is okay to hear the pumping sound start and stop during injection. Once the Pushtronex® is removed from the skin, the green light should turn off.[4]

**Important Safety Information**

**Do not use Repatha®** if you are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.





## Do I really have to wait 45 minutes before injecting?

You must wait for at least 45 minutes prior to injecting yourself to ensure complete medication is administered and to minimize discomfort. Tip: You can keep Repatha® at room temperature (68°F to 77°F) in its original box for up to 30 days. Reminder: Do not remove the needle shield/cap from the autoinjector until you are ready to inject.[1]

## How far should I push the cartridge in?

Load the cleaned cartridge into the Pushtronex® and firmly press on the top until it is secured in place.[4]

Can I continue to use the Pushtronex® if I accidentally removed the cartridge top?

Cartridge to

(1-844-75

### Important Safety Information

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.



## Can I continue to use the Pushtronex® if I accidentally removed the cartridge top?

Cartridge top should not be removed. If you have accidentally done so, please call **1-844-REPATHA** (1-844-737-2842).[4]

**References: 1.** Repatha® (evolocumab) prescribing information, Amgen. **2.** Repatha® (evolocumab) SureClick® Autoinjector instructions for use, Amgen. **3.** Repatha® (evolocumab) patient product information, Amgen. **4.** Repatha® (evolocumab) Pushtronex® instruction for use, Amgen.

### Important Safety Information

**Do not use Repatha® if you** are allergic to evolocumab or to any of the ingredients in Repatha®.

**Before you start using Repatha®,** tell your healthcare provider about all your medical conditions, including if you are allergic to rubber or latex, are pregnant or plan to become pregnant, or are breastfeeding or plan to breastfeed. The needle covers on the single-use prefilled syringes and the inside of the needle caps on the single-use prefilled SureClick® autoinjectors contain dry natural rubber. The single-use Pushtronex® system (on-body infusor with prefilled cartridge) is not made with natural rubber latex.

Tell your healthcare provider or pharmacist about any prescription and over-the-counter medicines, vitamins, or herbal supplements you take.



**What are the possible side effects of Repatha®?**

Repatha® can cause serious side effects including, serious allergic reactions. Stop taking Repatha® and call your healthcare provider or seek emergency help right away if you have any of these symptoms: trouble breathing or swallowing, raised bumps (hives), rash or itching, swelling of the face, lips, tongue, throat or arms.

The most common side effects of Repatha® include: runny nose, sore throat, symptoms of the common cold, flu or flu-like symptoms, back pain, high blood sugar levels (diabetes), and redness, pain, or bruising at the injection site.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of Repatha®. Ask your healthcare provider or pharmacist for more information. Call your healthcare provider for medical advice about side effects.

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

Please see full Prescribing Information.



your healthcare provider for medical advice about side effects.

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

Please see full Prescribing Information.

SITEMAP        ABOUT AMGEN        CONTACT US        PRIVACY STATEMENT        TERMS OF USE        AD CHOICES

This site is intended for U.S. residents only. © 2020 Amgen Inc., Thousand Oaks, CA 91320. All rights reserved. 02/20

Repatha®
(evolocumab) injection 140 mg/mL

AMGEN®
Cardiovascular