# EXHIBIT AC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 12 03:17:22 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

# PUSHTRONEX

| | |
|---|---|
| **Word Mark** | PUSHTRONEX |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Injectors for medical purposes; drug delivery systems. FIRST USE: 20160801. FIRST USE IN COMMERCE: 20160801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86917008 |
| **Filing Date** | February 23, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 5, 2016 |
| **Registration Number** | 5075206 |
| **Registration Date** | November 1, 2016 |
| **Owner** | (REGISTRANT) Amgen Inc. CORPORATION DELAWARE One Amgen Center Drive Thousand Oaks CALIFORNIA 913201799 |
| **Attorney of Record** | Timothy J. Gaul |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY