# EXHIBIT AD

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 11/30/2020)

# Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86917008 |
| **REGISTRATION NUMBER** | 5075206 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | PUSHTRONEX (see, https://tmng-al.uspto.gov/resting2/api/img/86917008/large) |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | Christina L. Martini<br>444 West Lake Street, Suite 4000<br>Chicago Illinois 60606-0029<br>US<br>3123722000<br>312.984.7700<br>ipdocketmwe@mwe.com |
| **NEW ATTORNEY INFORMATION** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| **NAME** | Timothy J. Gaul |
| **FIRM NAME** | Amgen Inc. |
| **INTERNAL ADDRESS** | Trademark Operations |
| **STREET** | One Amgen Center Drive |
| **CITY** | Thousand Oaks |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 91320-1799 |
| **PHONE** | 805-447-2688 |
| **EMAIL** | tmops@amgen.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **NEW OTHER APPOINTED ATTORNEYS** | Elsa Lemoine, Richard Person and Stuart L. Watt |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Timothy J. Gaul |
| **FIRM NAME** | Amgen Inc. |
| **INTERNAL ADDRESS** | Trademark Operations |

| | |
|---|---|
| **STREET** | One Amgen Center Drive |
| **CITY** | Thousand Oaks |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 91320-1799 |
| **PHONE** | 805-447-2688 |
| **EMAIL** | tmops@amgen.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Timothy J. Gaul/ |
| **SIGNATORY NAME** | Timothy J. Gaul |
| **SIGNATORY DATE** | 03/07/2019 |
| **SIGNATORY POSITION** | Senior Counsel |
| **SIGNATORY PHONE NUMBER** | 805-447-2688 |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Mar 07 15:55:32 EST 2019 |
| **TEAS STAMP** | USPTO/RAA-XXX.XXX.XXX.XXX-20190307155532036134-88258000-620b5a762f5baa227bcef1bb2aca8a246daf528936c8c50f1e494a15bf971b72f7b-N/A-N/A-20190307143545675002 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 11/30/2020)

## Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** PUSHTRONEX (see, https://tmng-al.uspto.gov/resting2/api/img/86917008/large)
**SERIAL NUMBER:** 86917008
**REGISTRATION NUMBER:** 5075206

**The original attorney information:**
Christina L. Martini
444 West Lake Street, Suite 4000
Chicago Illinois 60606-0029
US
3123722000
312.984.7700
ipdocketmwe@mwe.com

**Original Correspondence Address :**
Christina L. Martini
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago Illinois 60606-0029
US
3123722000
312.984.7700
ipdocketmwe@mwe.com;cmartini@mwe.com;cvicino@mwe.com;ipdocketchicago@mwe.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**New attorney information:**
Timothy J. Gaul
Amgen Inc.
Trademark Operations
One Amgen Center Drive
Thousand Oaks, California 91320-1799
United States
805-447-2688
tmops@amgen.com (authorized)

**New Other Appointed Attorneys:**
Elsa Lemoine, Richard Person and Stuart L. Watt

**The following is to be used as the correspondence address:**
Timothy J. Gaul
Amgen Inc.
Trademark Operations
One Amgen Center Drive
Thousand Oaks, California 91320-1799
United States

805-447-2688
tmops@amgen.com (authorized)

Signature: /Timothy J. Gaul/     Date: 03/07/2019
Signatory's Name: Timothy J. Gaul
Signatory's Position: Senior Counsel
Signatory's Phone Number: 805-447-2688

Serial Number: 86917008
Internet Transmission Date: Thu Mar 07 15:55:32 EST 2019
TEAS Stamp: USPTO/RAA-XXX.XXX.XXX.XXX-20190307155532
036134-88258000-620b5a762f5baa227bcef1bb
2aca8a246daf528936c8c50f1e494a15bf971b72
f7b-N/A-N/A-20190307143545675002