# EXHIBIT AG

https://www.laheartspecialists.com/

2/18/2021, 9:15 AM

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

1 of 20

747-225-2587

BOOK APPOINTMENT

BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL



Los Angeles Heart Specialists

# Afshine Ash Emrani, MD, FACC

## Cardiologist located in Tarzana, CA

BOOK APPOINTMENT

747-225-2587

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

2 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

Want to keep up with what's new in our pra
Subscribe to our newsletter

**SUBSCRIBE HERE**

## About Dr. Emrani

Dr. Afshine Emrani is a cardiologist who serves the residents of Tarzana, California, in addition to the greater Los Angeles area. At Los Angeles Heart Specialists, the doctor and his staff offer a variety of cardiology services including preventative care for heart disease, stress testing, treadmill testing, and treatment of many different kinds of health conditions including high blood pressure, high cholesterol, diabetes, thyroid disorders, and peripheral arterial disease. Dr. Emrani specializes in identifying biomarkers and other naturally occurring identifiers that help him treat heart disease in both men and women. He offers a wide variety of services to his patients including weight management plans, the control and maintenance of cholesterol levels, and nutritional



https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

3 of 20

Angeles where he obt[...] ence degree where he was inducted into the Biological Honors Society. He also attended the University of California, San Diego where he completed his medical degree. During that time, he participated in two sub-internships, one in Cardiology and the other in Intensive Care. He also worked at the Cedar Sinai Medical Center and completed an additional sub-internship infectious disease. An internship was also completed during the years he worked with the Veteran's Affairs Administration. While working at the Kaiser Permanente campus of the University of Southern California, Dr. Emrani earned a fellowship in the field of Cardiology.

With over 16 years experience, Dr. Emrani is a leader in his field. His knowledge of cutting-edge technology and the use of state-of-the-art diagnostic equipment allows him the privilege of offering his patients the best cardiac care possible. He continues his education on a regular basis by attending classes and seminars that allow him to stay abreast of the latest advancements in the field of cardiology and infectious diseases. His certification in both basic and advanced cardiac life support makes him one of the most prominent cardiologists in Southern California.

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

14 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

**WHAT WE OFFER**

Services

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

5 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

Heart Disease Prevention
more info ⌃

High Blood Pressure Treatment
more info ⌃

Peripheral Arterial Disease
more info ⌃

...hings

Shortness of Breath
more info ⌃

Stress Test
more info ⌃

Stroke Screening
more info ⌃

Thyroid Treatment
more info ⌃

Treadmill Testing
more info ⌃

Allergy Testing
more info ⌃

Physical Exam
more info ⌃

Cholesterol Testing
more info ⌃

Comprehensive Laboratory Testing
more info ⌃

Sleep Apnea Evaluation
more info ⌃

Diabetes
more info ⌃

Ultrasound Testing
more info ⌃

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

6 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT



### Harvard Followed 800 People Over The Course Of Multiple Decades & Found 6 Things That Make People

Harvard followed 800 people over the multiple decades and found 6 things people live longer, happier lives



### Sign Up For Dr. Emrani's Wellness Letter... Her's A Sample.

Lifestyle modification keeps you healthy and reduces number and side effects of medications used.

### A Father's Last Wish

A Father's Dying Wish

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

https://www.laheartspecialists.com/

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT



## About LA Heart Specialists

At Los Angeles Heart Specialists with our integrative heart doctors, you will learn more about your health in one visit than you ever thought possible. Our comprehensive health evaluation enables you to make health and lifestyle decisions that will support your long-term wellness.

Through preventive care and early diagnosis, we can help you address any undetected health issues—and give you the peace of mind that can only come with a thorough picture of your health. Your introductory visit will require the most in-depth health exam, to establish your complete health status and individual profile. Subsequent visits with us will include only those tests appropriate to your

Read more

## Our Integrative Approach

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

8 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

• Comprehensive Lab





https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

# Live a Healthy Life

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

110 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

Care service

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

11 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

# Patient Portal makes it easy for you

Patients can use the portal for appointment requests, bill pay, lab results and many other features.

LOGIN

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

12 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT



- Comprehensive Health Evaluation
- Electronic Medical Records
- *"Concierge Medicine"* Without the Extra Costs

## Healthy Patients

- 99% Patient Satisfaction Rate
- Industry-leading Customer Service
- Rated Top 5% Physicians in America

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

13 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT



## Visiting Hours

Walk-in consultations are available at the following times:

MON, TUE and THU: 8:30 AM - 5:00 PM

WED and FRI: 8:30 AM - 4:00 PM

All other times by appointment only.

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

14 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

BOOK APPOINTMENT

747-225-2587



If you are a CEO, CFO, _____, then it is challenging for you to _____. At your convenience, LA Heart Specialists can provide you the full range of services on a cash basis - on Saturday or Sunday of your choice. The services include - the executive physical, comprehensive laboratory testing, lipid and nutritional analysis, pulmonary function testing, allergy testing, bone densitometry and a comprehensive cardiovascular stress test.

Your time is invaluable. But so is your health. That's why The

Read more

## The L.A.H.S. Check-Up

Busy executives, who face ever-increasing demands on their time, often find it difficult to take care of their health as conscientiously as they know they should. While it is well known that early detection of medical problems leads to better health outcomes, practicing good, preventive medicine can be a challenge when it means having to schedule multiple diagnostic exams and consultations.

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

https://www.laheartspecialists.com

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

coordinated visit. Our patients enjoy a level of service and

Read more



View full list of companies

## Major Insurance Plans Accepted

We accept most major insurance plans | If you have any questions, please call our office | We are out of network for United Health Care

**OUR TEAM**

2/18/2021, 9:15 AM

https://www.laheartspecialists.com

747-225-2587

BOOK APPOINTMENT

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL



**Rita Wisotsky**
RDCS, RVT

**Sean Jabari**
X-RAY TECHNOLOGIST, BONE DENSITOMETRY

**Susan Khalily**
CHIEF LABORATORY TECHNICIAN

**Nolynne Rodriguez**
CERTIFIED PHYSICIAN CODER

**Claudia Brown**
ONSITE OFFICE MANAGER



**Jeffrey Eskew**
LABORATORY TECHNICAL SUPERVISOR



**Tatyana Slyusaranskaya**
PA-C

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

17 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

Live Facebook Q & A

with Dr. Afshine Emrani

Every friday at 2:30pm

CONNECT ON FACEBOOK

TESTIMONIALS

Words from our patients

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

18 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT

*"My family and I have been going to Dr. Emrani for years. He is one of the most knowledgeable doctor's I know. He is committed to providing the best healthcare."*

**RAYMOND F.**

**GET IN TOUCH**

747-225-2587

BOOK APPOINTMENT

**OFFICE HOURS**

| | |
|---|---|
| Monday | 8:30 AM - 5:00 PM |
| Tuesday | 8:30 AM - 5:00 PM |
| Wednesday | 8:30 AM - 4:00 PM |
| Thursday | 8:30 AM - 5:00 PM |
| Friday | 8:30 AM - 4:00 PM |
| Saturday | Closed |
| Sunday | Closed |

**LOCATION**

Los Angeles Heart Specialists
18370 Burbank Blvd., Suite 401
Tarzana, CA 91356
Phone: 747-225-2587
Fax: 818-996-0842

https://www.laheartspecialists.com

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT



4.9

253 reviews

View larger map

© Copyright 2021

Privacy Policy     Terms & Conditions     Accessibility Notice     Contact Us

Afshine Ash Emrani, MD, FACC, Tarzana, CA

Phone (appointments): 747-225-2587   |   Phone (general inquiries): 818-996-4100

Address: 18370 Burbank Blvd., Suite 401, Tarzana, CA 91356

4.98 / 5

(59 reviews)

https://www.laheartspecialists.com/

Afshine Ash Emrani, MD, FACC: Cardiologist Tarzana, CA: Los Angeles Heart Specialists

2/18/2021, 9:15 AM

20 of 20

SIGN UP   VIDEOS   SERVICES   BLOG   TESTIMONIALS   MORE INFORMATION   REVUP   PATIENT PORTAL

747-225-2587

BOOK APPOINTMENT