# EXHIBIT AH

















































