# EXHIBIT AM

# The Inventor's Guide to Royalty Rates

One of the most important steps in licensing a patent or idea is establishing the royalty rate you will receive in return for granting a licensee the right to manufacture and sell your invention. In this article we will explain what royalty rates are, how to calculate the proper royalty rates, elements that effect royalty rates, protections to put in place, and other important things to consider when licensing an idea.

## What are Royalties?

Royalties are payments that are provided to a licensor by a licensee in exchange for the right to operate under your idea.

## Royalty rates are affected by several criteria:



### Exclusive or Non-Exclusive
If your intellectual property requires testing or certification prior to being brought to market, having these milestones completed will lead to higher royalty rates.



### Upfront Sum
The higher the up-front sum being paid to the licensee, the lower royalty rate the licensor will likely receive as it is an element of the overall compensation.



### Industry Standard Royalty Rates
Each industry tends to have an 'industry standard' royalty rate. See the end of this article for a list of industries and their average royalty rates.



### Company Standard Rates
Companies that have a good amount of experience in licensing ideas tend to have a standard package that they offer inventors. The larger the company is and the



bigger their track record, the more leverage they will have in negotiating your royalty rate.



## Intellectual Property Stage

The further along the intellectual property is to commercialization, the less risk the licensee will face, and the higher the royalty will be paid to the licensor.



## Market Potential

The royalty rate will heavily depend upon the market potential of the idea you are looking to license. This can be difficult when you are trying to license an invention that is developing a new market or is part of a new market that has not yet shown it's full potential.



## Licensing to an Infringer

Each industry tends to have an 'industry standard' royalty rate. See the end of this article for a list of industries and their average royalty rates.



## Related Intellectual Property Included

Companies that have a good amount of experience in licensing ideas tend to have a standard package that they offer inventors. The larger the company is and the bigger their track record, the more leverage they will have in negotiating your royalty rate.



## Testing/Certification

The further along the intellectual property is to commercialization, the less risk the licensee will face, and the higher the royalty will be paid to the licensor.



## Investment Required

The royalty rate will heavily depend upon the market potential of the idea you are looking to license. This can be difficult when you are trying to license an invention that is developing a new market or is part of a new market that has not yet shown it's full potential.

# Industry Standard Royalty Rates



Accessories — Surveys 4 — Average Royalty 8.90%



Aerospace — Surveys 3 — Average Royalty 4.00%



Apparel — Surveys 4 — Average Royalty 6.80%



Automotive — Surveys 3 — Average Royalty 3.30%



