# EXHIBIT AT

**Repatha®** (evolocumab) injection 140 mg/mL

Prescribing Information | Instructions for Use—SureClick® | Instructions for Use—Pushtronex® | Patient Product Information

≡

Connect with a Rep

## REPATHA® DOSING

### 2 choices. Every 2 weeks or once a month. No titration

Repatha® offers your patients the flexibility of a single monthly injection or an injection every 2 weeks.[1]



### Important Safety Information

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with

# Repatha® SureClick®

## Single-use prefilled autoinjector

- 140 mg/mL subcutaneous injection
- Hidden 27-gauge needle
- Delivers the 140-mg/mL dose subcutaneously up to 15 seconds

Consider the SureClick® autoinjector for patients who are comfortable self-injecting with a hand-held device.

## How to use Repatha® SureClick®

[Watch Demo]

## Download the Instructions for Use.

[Download]



## Important Safety Information

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®.

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with

## Once a month

### Repatha® Pushtronex® System

**Single-use on-body infusor with prefilled cartridge**

- 420 mg/3.5 mL subcutaneous injection
- Hidden 29-gauge needle
- Steady delivery of the 420-mg/3.5-mL dose subcutaneously up to 9 minutes

The Pushtronex® system securely adheres to the body for hands-free administration while patients perform activities requiring moderate exertion.

After one push of a button, the on-body device does the work.

### How to use Repatha® Pushtronex® System

[Watch Demo]

### Download the Instructions for Use.

[Download]

**Important Safety Information**

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with

- Built-in audible and visual cues to signal when the full dose has been delivered[2]
- 95% of patients successfully administered at home with either device[2]*†

*Patients who reported 2 full-dose administrations of Repatha® at weeks 4 and 8. Patients received training from healthcare professionals on how to self-administer.[2]

†Patients used the Pushtronex® system or 3 autoinjectors for the once-monthly regimen.[2]



**Prior to use, wait at least 30 minutes for the SureClick® autoinjector and 45 minutes for the Pushtronex® system to naturally reach room temperature in the carton.**[1]

Do not try to warm the prefilled cartridge by using a heat source, such as hot water or a microwave. If the prefilled cartridge has been warmed with a heat source, use a new onbody infusor and prefilled cartridge and call **1-844-REPATHA (844-737-2842)** or visit **www.Repatha.com**.[1]



**Sign up for important Repatha® updates today**

**Important Safety Information**

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®.

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with

**References: 1.** Repatha® (evolocumab) prescribing information, Amgen. **2.** Dent R, Joshi R, Djedjos CS, et al. Evolocumab lowers LDL-C safely and effectively when self-administered in the at-home setting. *SpringerPlus*. 2016;5;300. doi:10.1186/s40064-016-1892-3

## Important Safety Information

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®.

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with Repatha®, including some that led to discontinuation of therapy. If signs or symptoms of serious allergic reactions occur, discontinue treatment with Repatha®, treat according to the standard of care, and monitor until signs and symptoms resolve.

**Adverse Reactions in Primary Hyperlipidemia (including HeFH):** The most common adverse reactions (>5% of patients treated with Repatha® and occurring more frequently than placebo) were: nasopharyngitis, upper respiratory tract infection, influenza, back pain, and injection site reactions.

From a pool of the 52-week trial and seven 12-week trials: Local injection site reactions occurred in 3.2% and 3.0% of Repatha®-treated and placebo-treated patients, respectively. The most common injection site reactions were erythema, pain, and bruising.

Allergic reactions occurred in 5.1% and 4.7% of Repatha®-treated and placebo-treated patients, respectively. The most common allergic reactions were rash (1.0% versus 0.5% for Repatha® and placebo, respectively), eczema (0.4% versus 0.2%), erythema (0.4% versus 0.2%), and urticaria (0.4% versus 0.1%).

**Adverse Reactions in the Cardiovascular Outcomes Trial:** The most common adverse reactions (>5% of patients treated with Repatha® and occurring more frequently than placebo) were: diabetes mellitus (8.8% Repatha®, 8.2% placebo), nasopharyngitis (7.8% Repatha®, 7.4% placebo), and upper respiratory tract infection (5.1% Repatha®, 4.8% placebo).

Among the 16,676 patients without diabetes mellitus at baseline, the incidence of new-onset diabetes mellitus during the trial was 8.1% in patients assigned to Repatha® compared with 7.7% in those assigned to placebo.

## Important Safety Information

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®.

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with

**General Conformity Statement**

This site is intended for US audiences only. ©2020 Amgen Inc. All rights reserved.

**Important Safety Information**

**Contraindication:** Repatha® is contraindicated in patients with a history of a serious hypersensitivity reaction to Repatha®. Serious hypersensitivity reactions including angioedema have occurred in patients treated with Repatha®.

**Allergic Reactions:** Hypersensitivity reactions (e.g. angioedema, rash, urticaria) have been reported in patients treated with