Jerry A. Crandall (CSB No. 250192)
jac@crandalltech.com
CRANDALL TECHNOLOGIES LLC
1590 Heavenly View Trail
Reno, NV 89523
Telephone: 775.525.8777
Facsimile: 775.501.5157

*Attorney for Plaintiff*
*CRANDALL TECHNOLOGIES LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMGEN INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-01816<br><br>**DECLARATION OF JERRY A. CRANDALL** |

I, **JERRY A. CRANDALL**, declare:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am the attorney of record for Plaintiff Crandall Technologies LLC (Plaintiff) in the above-captioned matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On February 8, 2021, on behalf of Plaintiff, I deposited with a Secure Courier service provider known as FedEx an envelope containing a true and correct copy of U.S. Patent No. 10,254,077 B2 (the '077 Patent), along with a letter (dated February 8, 2021), wherein such envelope was addressed to Defendant Amgen Inc. (Defendant) at 1 Amgen Center Drive, Thousand Oaks, California 91320.  This envelope was provided a FedEx tracking number of 783521790748.

3. On February 12, 2021, on behalf of Plaintiff, I e-mailed true and correct copies of the '077 Patent and the aforementioned letter of February 8, 2021, to Defendant at the following e-mail address: tmops@amgen.com.  It is my understanding that these documents were successfully delivered to Defendant at this e-mail address, as I never received a return-to-sender error message in response to this e-mail.

4. On February 5, 2020, I caused the United States patent number of the '077 Patent (U.S. Patent No. 10,254,077 B2) to be listed on Plaintiff's company website.  This patent number has continued to be listed on Plaintiff's company website since February 5, 2020.

5. On February 5, 2020, I caused this listed patent number to itself be an Internet hyperlink embedded within Plaintiff's website that will redirect a web browser to a webpage from the USPTO website that includes an electronic (and word-searchable) version of the '077 Patent that has been published by the USPTO, wherein such electronic version includes a listing of the issued patent claims for the '077 Patent.  Moreover, this USPTO web page includes an Internet hyperlink that will redirect a web browser to a USPTO portal where true and correct copies of pages from the '077 Patent can be viewed (one page at a time), including each of the patent drawings of the '077 Patent.  The aforementioned Internet hyperlink that was embedded in Plaintiff's website on February 5, 2020, has continued to be so embedded in Plaintiff's website since that date.

6. On February 5, 2020, I caused an additional Internet hyperlink

1 (appearing as a graphical icon) to be added to Plaintiff's company website to the
2 left of the aforementioned patent number of the '077 Patent. Selecting such
3 hyperlink will cause a web browser to launch a true and correct copy (in PDF
4 format) of the '077 Patent.
5       7. I declare under penalty of perjury that the foregoing is true and
6 correct.

8     Executed on February 26, 2021, in Reno, Nevada.

10                             By:   /s/ Jerry A. Crandall

11                                    Jerry A. Crandall (CSB No. 250192)
12                                    jac@crandalltech.com
13                                    CRANDALL TECHNOLOGIES LLC
14                                    1590 Heavenly View Trail
15                                    Reno, NV 89523
                                   Telephone: 775.525.8777
16                                    Facsimile: 775.501.5157

17                                    *Attorney for Plaintiff*
                                   *Crandall Technologies LLC*