| | |
|---|---|
| 1 | Jerry A. Crandall (CSB No. 250192) |
| 2 | jac@crandalltech.com |
|   | CRANDALL TECHNOLOGIES LLC |
| 3 | 1590 Heavenly View Trail |
| 4 | Reno, NV 89523 |
|   | Telephone:   775.525.8777 |
| 5 | Facsimile:    775.501.5157 |
| 6 | |
|   | *Attorney for Plaintiff* |
| 7 | *CRANDALL TECHNOLOGIES LLC* |
| 8 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CRANDALL TECHNOLOGIES LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMGEN INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:21-cv-01816<br><br>**PLAINTIFF CRANDALL TECHNOLOGIES LLC'S LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES & FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Complaint filed:    February 26, 2021 |

///
///
///
///
///
///
///
///

**PLAINTIFF'S L.R. 7.1-1 NOTICE &**
**FED. R. CIV. P. 7-1 DISCLOSURE**                                              Case No. 2:21-cv-01816

# PLAINTIFF'S LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES & FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7-1.1, the undersigned hereby lists all persons, associations of persons, firms, partnerships, and corporations (including parent corporations, clearly identified as such) that may have a pecuniary interest in the outcome of the case, including any insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

The undersigned, counsel of record for Plaintiff Crandall Technologies LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Jerry Alan Crandall, the undersigned attorney.

Additionally, in view of Fed. R. Civ. P. 7.1, Plaintiff Crandall Technologies LLC in the subject action hereby provides the following information:

Crandall Technologies LLC certifies that it is a limited liability company organized in the State of Nevada. Jerry Alan Crandall, the undersigned attorney, has an ownership interest in Crandall Technologies LLC. No parent corporation or any publicly held corporation owns 10% or more of an interest in Crandall Technologies LLC.

Counsel for Plaintiff Crandall Technologies LLC will amend this notice if any additional interested party is identified.

///
///
///

| | | | |
|---|---|---|---|
| Date: <u>February 26, 2021</u> | | By: | <u>/s/ Jerry A. Crandall</u> |
| | | | Jerry A. Crandall (CSB No. 250192) |
| | | | jac@crandalltech.com |
| | | | CRANDALL TECHNOLOGIES LLC |
| | | | 1590 Heavenly View Trail |
| | | | Reno, NV 89523 |

*Attorney for Plaintiff*
*Crandall Technologies LLC*