JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CRANDALL TECHNOLOGIES LLC, | Case No.: CV 21-1816-GW-SHKx |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE |
| AMGEN INC. et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation for Dismissal of the Entire Action with Prejudice submitted by the parties to the above-captioned matter who have appeared in the case, the Court hereby Orders that the above-referenced action is hereby dismissed with prejudice, with each party to this action bearing its own fees and costs.

SO ORDERED.

DATED: June 1, 2021

By: /s/ George H. Wu
Honorable George H. Wu
United States District Judge